## AFFIDAVIT OF SPECIAL AGENT ELLIOT RIZZO

I, Special Agent Elliot Rizzo, depose and state as follows:

1. I am a Special Agent with the federal Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been an ATF Special Agent since 2014, and during that time I have been involved in investigations of violations of federal firearm and controlled substance laws. Currently, I am assigned to a group in the Boston Field Division of the ATF that, in part, works with other federal, state, and local police departments in and around the City of Boston to investigate and prosecute violations of the federal firearms, explosives, and controlled substance laws.

2. Based on my training and experience as an ATF special agent, I am familiar with federal narcotics laws. In this regard, I also know it is a violation of 21 U.S.C. § 841(a)(1) to distribute and/or possess with intent to distribute a controlled substance, including marijuana. I know it is a violation 21 U.S.C. § 846 to conspire to distribute a controlled substance, including marijuana. I am further aware that 18 U.S.C. § 924(c) makes it a federal offense for any individual to possess a firearm in furtherance of a drug trafficking crime. As set forth below, there is probable cause to believe that Eric RODRIGUEZ ("RODRIGUEZ") committed the above offenses.

3. Based on the investigation of a shooting, on November 15, 2018, BPD officers executed a search warrant at 1 Oleander Street, Dorchester, MA. RODRIGUEZ was encountered at 1 Oleander Street on that date. RODRIGUEZ has informed BPD officers that he resides at 1 Oleander Street. In addition, RODRIGUEZ has been repeatedly observed by BPD officers at 1 Oleander Street. Pursuant to the execution of the state search warrant, BPD officers recovered

1

the following: (1) four bundles of currency and loose currency totaling over $16,000; (2) multiple bags of marijuana in varying sizes; (3) packaging materials for the street-level distribution of marijuana; (4) a digital scale; (5) several rounds of different caliber ammunition; (6) multiple magazines for pistols; and (7) two pistol cases without the corresponding firearms. These seizures were consistent with drug trafficking taking place at 1 Oleander Street.

4. On February 19, 2020, federal and state search warrants were executed at RODRIGUEZ's residence at 1 Oleander Street in Dorchester in the early morning. As officers were entering the premises, an officer observed an individual attempt to hide a handgun from a window on the second floor of the premises – RODRIGUEZ was the only occupant of 1 Oleander at the time of the execution of the search warrant. The handgun was a Springfield Armory .45 caliber semi-automatic pistol, which was loaded and had a round in the chamber. Officers also recovered three more handguns from a closet located on the first floor in a box. All three handguns were loaded and had a round in the chamber. These handguns included one Smith & Wesson semi-automatic pistol and two Glock semi-automatic pistols. Officers recovered the following from the second floor: (1) 14 marijuana plants; (2) a digital scale; (3) a heat sealer consistent with the packaging of bulk controlled substances; and (4) two bundles of U.S. currency consistent with drug trafficking proceeds. From the first floor, officers recovered: (1) a large plastic bag containing approximately a half of a pound of marijuana; (2) a digital scale; (3) large plastic bags consistent with packaging for bulk marijuana; and (4) sandwich baggies, which were recovered next to the digital scale, consistent with street-level drug trafficking.

5. Based on the above, I believe probable cause exists that, from a date presently unknown, up to February 19, 2020, within the District of Massachusetts, Eric RODRIGUEZ violated 21 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 924(c), as set forth above.

_____
Elliot Rizzo
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me this 19th day of February, 2020.

_____
HON. M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE